PROB 12C
(6/16)

Report Date: December 19, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Monty Charles Tewee    Case Number: 0980 1:18CR02069-MKD-1

Address of Offender: Homeless, White Swan, Washington 98933

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 4, 2019

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153 | |
| Original Sentence: | Prison - 36 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Benjamin David Seal | Date Supervision Commenced: April 26, 2021 |
| Defense Attorney: | Alex B Hernandez, III | Date Supervision Expires: April 25, 2024 |

### PETITIONING THE COURT

To issue a summons.

On April 29, 2021, supervised release conditions were reviewed and signed by Monty Tewee, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Tewee is considered to be in violation of his supervised release conditions by being arrested on October 29, 2022, for disorderly conduct and assault in the fourth degree domestic violence, per Goldendale Police Department report number 22-G2836, dated November 30, 2022.<br><br>On October 31, 2022, Mr. Tewee reported to this officer to notify he had contact with law enforcement in Goldendale, Washington. Mr. Tewee stated he was arrested and released. On this same date, the probation office requested the incident police report.<br><br>On December 1, 2022, this officer received police report number 22-G2836. Per the report, on October 29, 2022, at approximately 10:50 p.m., Officer Stelljes responded to a report of disorderly conduct at Hotrods Bar. When the officer arrived, he found JF and Mr. Tewee outside. Both subjects had significant amounts of blood on their faces. When the officer asked what happened, Mr. Tewee said he did not want to talk. |

Prob12C
Re: Tewee, Monty Charles
December 19, 2022
Page 2

The officer was shown footage from CG, who filmed the incident. In the footage, the incident takes place outside on the sidewalk in front of Hotrods Bar. Footage shows JF was assaulted by his girlfriend, CT, whom is Mr. Tewee's sister. When JF begins to walk away, Mr. Tewee starts to yell at JF, "that's why you're a bitch! Bitch ass punk ass nigga," and "swing nigga, swing!" Mr. Tewee can then be seen spitting at JF and being held back by other people on the street. JF and Mr. Tewee appeared to bump bellies for a brief moment before separating and the video ends.

It was the officer's knowledge at the time that Mr. Tewee sometimes resides with JF, as JF is dating and has a child with Mr. Tewee's sister, who lives with JF. Mr. Tewee was arrested and booked for disorderly conduct domestic violence for saying words likely to cause an assault and for attempting to spit on JF.

2  **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Tewee is considered to be in violation of his supervised release conditions by consuming alcohol at Hotrods Bar, an establishment where alcohol is the primary item of sale, on or about October 29, 2022.

On October 29, 2022, Mr. Tewee was arrested by Goldendale Police at Hotrods Bar after he consumed alcohol and was involved in an altercation. Mr. Tewee self-admitted to this officer that he had consumed alcohol on the date of this incident.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 19, 2022

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS
[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other



Signature of Judicial Officer
12/19/2022
Date