PROB 12C
(6/16)

Report Date: June 30, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Monty Charles Tewee           Case Number: 0980 1:18CR02069-MKD-1

Address of Offender:  ▮▮▮▮ , White Swan, Washington 98933

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 4, 2019

Original Offense:       Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153

Original Sentence:      Prison - 36 months              Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Michael Davis Murphy            Date Supervision Commenced: April 26, 2021

Defense Attorney:        Juliana M Van Wingerden        Date Supervision Expires: April 25, 2024

### PETITIONING THE COURT

To issue a summons.

On April 29, 2021, supervised release conditions were reviewed and signed by Monty Charles Tewee, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: : Mr. Tewee is considered to be in violation of his supervised release conditions by being failing to successfully complete his outpatient treatment program at Merit Resource Services (Merit) since June 1, 2023. |
| | On June 1, 2023, this officer received notice from Merit that Mr. Tewee was unsuccessfully discharged from treatment services at Merit. |

Prob12C
**Re: Tewee, Monty Charles**
**June 30, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 30, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other



Signature of Judicial Officer

6/30/2023

Date