PROB 12C
(6/16)

Report Date: August 4, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Monty Charles Tewee                Case Number: 0980 1:18CR02069-MKD-1

Address of Offender:           White Swan, Washington 98933

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: June 4, 2019

Original Offense:     Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153

Original Sentence:    Prison - 36 months            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Michael Davis Murphy          Date Supervision Commenced: April 26, 2021

Defense Attorney:     Juliana M Van Wingerden       Date Supervision Expires: April 25, 2024

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 6/30/2023.

On April 29, 2021, supervised release conditions were reviewed and signed by Monty Charles Tewee, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number     Nature of Noncompliance

2                    **Special Condition #18**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

                     **Supporting Evidence**:  Mr. Tewee is considered to be in violation of his supervised release conditions by consuming alcohol on/or about July 10, 2023.

                     On July 10, 2023, Mr. Tewee completed a substance abuse evaluation at the Yakama Nation Tiinawit Program (Tiinawit), and submitted to urinalysis (UA) testing.  The urine sample provided by Mr. Tewee was sent to Cordant Health Solutions (Cordant) laboratory for testing.

Prob12C
**Re: Tewee, Monty Charles**
**August 4, 2023**
Page 2

On July 26, 2023, this officer received results from Cordant via Tiinawit. The urine sample provided by Mr. Tewee was positive for Ethyl Glucuronide-ETG, which is consistent with drinking alcoholic beverages.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 4, 2023

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

m.k.Dimke

Signature of Judicial Officer

8/7/2023

Date